ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAL PUNWANEY<br>17971 EUCLID ST<br>FOUNTAIN VALLEY, CA 92708<br><br>Tel: (714) 964-0350<br><br>Email: lal.punwani@gmail.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FILED<br>APR 30 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>KATHY WASHINGTON<br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-11292-ES<br>CHAPTER: 13<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY - UNLAWFUL DETAINER</u>

   b. Date of filing of motion: <u>4/30/2018</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   Relief from the automatic stay for residential property - Unlawful Detainer

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9075-1.1.APP.SHORT.NOTICE

b. Identify the parties affected by the relief requested in the motion:

   MOVANT - LAL PUNWANEY

   DEBTOR - KATHY WASHINGTON

c. State the reasons necessitating a hearing on shortened time:

   Unlawful Detainer matter was filed and pending in state court BEFORE debtor's filing of this bankrupcty case in bad faith.

   Movant is the ONLY creditor listed in debtor's case commencement documents and the debtor has filed only the documents necessary to begin the case and receive the automatic stay.

   Debtor last paid rent for January 2018 and movant is suffering irreparable harm due to debtor not paying rent.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 4/30/2018

_____
Printed name of law firm

_____
Signature of individual Movant or attorney for Movant

**LAL PUNWANEY**
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9075-1.1.APP.SHORT.NOTICE

# DECLARATION OF LAL PUNWANEY

I, LAL PUNWANEY declare as follows:

1. I the movant in this proceeding.

2. I am the owner of the subject property located at 7882 Holt Dr. Apt #3, Huntington Beach, CA.

3. The Unlawful Detainer matter was filed and pending in state court BEFORE debtor's filing of this bad faith bankruptcy case.

4. Movant is the ONLY creditor listed in debtor's case commencement documents and the debtor has filed only the documents necessary to begin the case and receive the automatic stay.

5. Debtor last paid rent for January 2018 and Movant is suffering irreparable harm due to debtor not paying rent for the months of February, March, April and soon May.

6. Debtor is a month to month tenant and the property is residential and not necessary for an effective reorganization.

7. Movant will continue to suffer irreparable harm if his motion for relief from automatic stay is not heard on an

expedited basis.

8. I have personal knowledge of the facts stated herein, and if called upon to testify to those facts I could and would competently do so.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the State of California.

Executed this 30th day of April, 2018 at Huntington Beach, California.

_____
LAL PUNWANEY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17191 BEACH BLVD
HUNTINGTON BEACH, CA 92647

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/30/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: KATHY WASHINGTON
7882 HOLT DR APT 3
HUNTINGTON BEACH, CA 92647-7600

TRUSTEE: AMRANE COHEN
770 THE CITY DR S STE 8500
ORANGE, CA 92868-4958

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/30/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE: HON. ERITHE A. SMITH
US BANKRUPTCY COURT
411 W 4TH ST STE 5040
SANTA ANA, CA 92701-4500

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2018 | GREG HENKE (ORANGE COUNTY PSC #2466) | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.